## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD ANTHONY SEARS, | § | |
| (TDCJ-CID #1311234) | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2529 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil

action is dismissed with prejudice.

This is a final judgment.

SIGNED on May 31, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge